```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**JENNIFER ANN FURMAN**            :        CIVIL ACTION
                                   :
    **v.**     :
                                   :
**KAREN L. BURNS**                 :        NO. 02-5132

## ORDER

    AND NOW, this 29th day of July, 2002, it is **ORDERED** that a hearing for a Rule to Show Cause Why This Action Should Not be Remanded to State Court for Lack of Subject Matter Jurisdiction will be held on **AUGUST 6, 2002**, at **3:00 P.M.** in **COURTROOM 10-A**.

                                   _____
                                   Norma L. Shapiro, S.J.