```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**JENNIFER ANN FURMAN**            :       CIVIL ACTION
                                   :
    **v.**                            :
                                   :
**KAREN L. BURNS**                 :       NO. 02-5132

### ORDER

    AND NOW, this 5th day of August, 2002, upon consideration of a letter from counsel for defendant, dated August 2, 2002, advising the court that counsel have agreed that this matter should be remanded back to state court, it is **ORDERED** that:

(1) This case be remanded to the Court of Common Pleas of Philadelphia County **FORTHWITH**; and

(2) The rule to show cause hearing scheduled for August 6, 2002, is **CANCELLED.**

_____
Norma L. Shapiro, S.J.